UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. CR07-5346 |
| ) | |
| v. ) | STIPULATED MOTION AND |
| ) | ORDER |
| ) | SUBSTITUTING COUNSEL |
| RONALD BANKS, ) | |
| Defendants ) | |

## STIPULATION

COME NOW the undersigned, Steven Krupa, counsel of record for the defendant Ronald Banks, and David H. Gehrke, pursuant to Rule GR 2(f)(4)(A), hereby stipulate and agree that, David H. Gehrke, shall be substituted as counsel of record for the defendant and further, that Steven Krupa, may withdraw as counsel of record, for the defendant. Counsel has informed the office of the United States Attorney for the Western District of Washington of the substitution of counsel and that office has no objection. The defendant has agreed to

*STIPULATED MOTION AND*
*(PROPOSED) ORDER*
*SUBSTITUTING COUNSEL*

*Page 1 of 3*

*GEHRKE & BAKER*
*22030 SEVENTH AVENUE SOUTH,*
*SUITE 202*
*DES MOINES, WA 98198*
*206-878-4100*
*206-878-4101 (FAX)*

1

2  this substitution and a copy of this Stipulation has been served upon the client Ronald Banks,

3  and opposing counsel.

4  DATED this 9TH day of July, 2007.

5

6                                                           Respectfully Submitted,

7                                                           s/ David H. Gehrke
                                                            David H. Gehrke, WSBA #8123
8                                                           Law Offices of Gehrke & Baker
                                                            22030 7th Ave S Ste 202
9                                                           Des Moines WA  98198
                                                            Telephone: (206) 878-4100
10                                                          Fax: (206) 878-4101
                                                            E-Mail: gehrkelaw2004@yahoo.com
11                                                          Attorney for Ronald Banks (Substituting)

12

13
                                                            s/Steven Krupa
14                                                          Steven Krupa
                                                            Krupa & Clark
15                                                          1008 S. Yakima Ave Ste 100
                                                            Tacoma, WA  98405
16                                                          Telephone: (253)573-1000
                                                            Fax: (253) 428.0330
17                                                          Email: kclsteve@quest.net
                                                            Attorney for Ronald Banks (Withdrawing)
18

19

20

21

22

*STIPULATED MOTION AND*
*(PROPOSED) ORDER*
*SUBSTITUTING COUNSEL*

*Page 2 of 3*

*GEHRKE & BAKER*
*22030 SEVENTH AVENUE SOUTH,*
*SUITE 202*
*DES MOINES, WA 98198*
*206-878-4100*
*206-878-4101 (FAX)*

ORDER

THIS MATTER having come before the Court on stipulation for substitution of counsel, the stipulation having been submitted in accordance with Rule GR 2(f)(4)(A), and it appearing that counsel and the defendant have agreed to said stipulation,

IT IS ORDERED that David H. Gehrke is substituted as counsel of record for Ronald Banks and that Steven Krupa is hereby relieved of any further representation in this matter and may withdraw.

DATED this 11th day of July, 2007.

(*Electronically Signed per Authorization*)

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
(PROPOSED) ORDER
SUBSTITUTING COUNSEL

Page 3 of 3

GEHRKE & BAKER
22030 SEVENTH AVENUE SOUTH,
SUITE 202
DES MOINES, WA 98198
206-878-4100
206-878-4101 (FAX)